UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY DALE PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| v. ) | **JUDGMENT** |
| ) | |
| KILOLO KIJAKAZI, ) | 5:21-CV-421-BO |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's Rule 59(e) motion is GRANTED IN PART and DENIED IN PART. In light of *Rogers,* this Court's first ground for relief is VACATED. Its second ground for relief remains a valid basis for remand, and this matter remains remanded to the Commissioner for further proceedings.

**This judgment filed and entered on August 31, 2023, and served on:**
Charlotte Hall (via CM/ECF NEF)
Scott Scurfield (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Elisa Donohoe (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)

August 31, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk